IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 1:26-cv-00122-GHD-DAS

CHEREC MERHUNDREW                                          DEFENDANT

CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Cherec Merhundrew. Based on the certified financial information provided by Defendant, and in recognition of her cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Cherec Merhundrew in the sum of $45,599.10 (which specifically includes $40,599.10 for the Payroll Protection Program loans (loan numbers 3139348802 and 8743428910), $5,000.00 for bank processing fees), plus a separate $405.00 for the court filing fee. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Cherec Merhundrew agrees that the sum owed, $45,599.10, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $405.00 Court filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Cherec Merhundrew pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually.

This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Cherec Merhundrew will be credited to her outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the 20th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:


Scott F. Leary
United States Attorney


John E. Gough, Jr. (MSB #10851)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:


Cherec Merhundrew – *Pro se* defendant